[No. 12109-7-III.   Division Three.   February 22, 1996.]

RICHARD COE, *Respondent*, v. TIM MOYER, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-01901-5, Robert D. Austin, J., and William Grant, J. Pro Tem., entered November 27, 1991. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Munson, J.


[No. 13624-8-III.   Division Three.   February 22, 1996.]

PHIL'S TOP HAT, INC., ET AL., *Appellants*, v. GERTRUD H. MURRAY, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 92-2-50362-2, Fred R. Staples, J., entered September 30, 1993. *Affirmed* by unpublished opinion per Schultheis A.C.J., concurred in by Munson and Thompson, JJ.


[No. 14630-8-III.   Division Three.   February 22, 1996.]

THOMAS C. LAWVER, ET AL., *Appellants*, v. KETTLE FALLS SCHOOL DISTRICT 212, *Respondent.*

Appeal from a judgment of the Superior Court for Stevens County, No. 93-2-00414-0, Larry M. Kristianson, J., entered December 30, 1994. *Reversed* by unpublished opinion per Munson, J., concurred in by Schultheis, A.C.J., and Thompson, J.


[No. 17504-5-II.   Division Two.   February 23, 1996.]

HAZEL B. ISOM, *Appellant*, v. CHARLES MAYHEW, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-2-00709-6, Leonard W. Kruse, J., entered August 18, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Morgan, J.